# LAW OFFICE OF VICTOR J. MOLINA

930 Grand Concourse, Suite 1A      Tel. (718) 401-1600
Bronx, New York 10451      Fax (718) 401-1611
ADMITTED IN N.Y. & N.J.      EMAIL: v.j.molina@verizon.net

January 6, 2020

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/8/2020

*Re:*    U.S.A. v. JOSE CASTILLO      Docket No. 18 Cr 879-shs

Hon. Judge Stein:

I respectfully request that the sentencing of the defendant scheduled for January 7, 2020 be adjourned for 45 days or to February 21, 24, 25, 28, 2020.

I erroneously had the case in my calendar as scheduled for conference and did not prepare a sentencing memorandum.

I spoke to the Assistant United States Attorney Ms. Qian, and she joins in my request to adjourn the sentencing date

I apologize to the court for the error.

*[Handwritten: The sentencing is adjourned to Feb. 21 at 11:00 a.m. Defense submissions are due by Feb. 7, the government's submission is due by Feb. 14.]*

Sincerely,

Victor J. Molina
Attorney for Defendant
JOSE CASTILLO

So Ordered, *Jan. 6, 2020*

Hon. Sidney H. Stein