UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/2/2020
```

United States of America

v.

Jose Castillo,

          Defendant.

**Order of Restitution**

**18 Cr. 879 (SHS)**

Upon the application of the United States of America, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, MARGUERITE COLSON, DANIEL NESSIM, and NI QIAN, Assistant United States Attorneys, of counsel; the presentence report; the Defendant's conviction on Count Six of the above-referenced Indictment; and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** JOSE CASTILLO, the Defendant, shall pay restitution in the total amount of $2,140,210.62, pursuant to 18 U.S.C. § 3663A, to the victims of the offenses charged in Count Six of the above-referenced Indictment. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

**2. Joint and Several Liability.** Defendant's liability for restitution is not joint and several to that of any other defendant.

**3. Sealing.** Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed

03.14.2019

by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York
March 2, 2020

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

Jose Castillo,

        Defendant.

**Schedule of Victims**

**18 Cr. 879 (SHS)**

| Name | Address | Amount of Restitution |
|---|---|---|
| Internal Revenue Service--RACS | Attention: Mail Stop 6261, Restitution<br>333 West Pershing Avenue<br>Kansas City, MO 64108 | $2,140,210.62 |
| **Total** | | $2,140,210.62 |

03.14.2019